■ The People of the State of New York, Respondent, v Luis Roldan, Appellant. [30 NYS3d 871]—

Order, Supreme Court, New York County (Gregory Carro, J.), entered on or about July 25, 2014, which adjudicated defendant a level two sexually violent offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

The court properly exercised its discretion when it declined to grant a downward departure (*see People v Gillotti*, 23 NY3d 841 [2014]). There were no mitigating factors that were not adequately taken into account by the risk assessment instrument. The egregiousness of the underlying crime indicated a danger that a reoffense by defendant would cause a high degree of harm. Defendant has not shown that his low-moderate Static-99 score, or any of the other factors he cites, warrants a downward departure. The Static-99R does not take into account the nature of the sexual contact with the victim or the degree of harm that would potentially be caused in the event of reoffense. In any event, the low-moderate score appears to be consistent with the risk assessment instrument, which scored defendant at the low end of level two. Concur—Acosta, J.P., Saxe, Gische, Webber and Kahn, JJ.